Celia Olch, Respondent, v. Fannie Bernstein, Appellant, and Others, Defendants.— Judgment of the County Court of Queens county affirmed, with costs.  No opinion.  Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.

Sarah Petekofsky, Respondent, v. Anthony Pellissier and Others, Com-posing the Firm, etc., Appellants. – Judgment modified, upon questions of fact as well as of law, by striking therefrom so much thereof as enjoins defendants from permitting their premises and buildings so to be used that loud and disturbing noises proceed therefrom; and by striking from said judgment that portion thereof which awards to plaintiff the sum of $240 for rental damages, and as so modified judgment affirmed, without costs. The twentieth and twenty-eighth findings of fact are reversed and set aside upon the grounds that said findings, and each of them, are unsupported by the evidence, and are contrary to said evidence and the weight thereof. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. J. Albert & Son, Appellant.—Judgment of conviction of the Court of Special Sessions affirmed, on reargument. (See 165 App. Div. 928.) No opinion. Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. Edward M. Grout Appellant.   (No. 2.) — Appeal dismissed upon authority of People v. Grout, No. 1 (ante, p. 220), decided herewith.  Burr, Thomas, Rich and Put-nam, JJ., concurred.